UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              Case No. 25-cr-20518
                                              Hon. Matthew F. Leitman

STANLEY KYLE BUTTS,

    Defendant.
_____/

**ORDER (1) GRANTING DEFENDANT'S MOTION FOR *FARETTA* HEARING (ECF No. 13) AND GRANTING DEFENDANT'S REQUEST TO REPRESENT HIMSELF; (2) DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 14); (3) DENYING ORAL MOTION TO STAY PROCEEDINGS PENDING APPEAL (ECF No. 21); AND (4) DENYING ORAL MOTION FOR DISCLOSURE OF GRAND JUROR IDENTITIES (ECF No. 22)**

On July 30, 2025, the Court held a hearing on Defendant Stanley Kyle Butts' motion for a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975). (*See* Mot., ECF No. 13.) During the hearing, the Court also addressed Defendant's Motion to Dismiss (ECF No. 14), as well as two oral motions made by the Defendant. For the reasons stated on the record during the hearing, **IT IS HEREBY ORDERED** that the pending motions are resolved as follows:

1.    Defendant's Motion for *Faretta* Hearing (ECF No. 13) is **GRANTED**, and the Court will allow Defendant to represent

himself in this matter. The Court designates attorney Elizabeth Young as standby counsel.

2. Defendant's Motion to Dismiss (ECF No. 14) is **DENIED**.

3. Defendant's Oral Motion to Stay Proceedings Pending Appeal (ECF No. 21) is **DENIED**.

4. Defendant's Oral Motion for Disclosure of Grand Juror Identities (ECF No. 22) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126