UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STANLEY KYLE BUTTS,

      Defendant.
_____/

Case No. 25-cr-20518
Hon. Matthew F. Leitman

**ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR RELEASE ON RECOGNIZANCE BOND (ECF #26), (2) DENYING DEFENDANT'S MOTION FOR DISMISSAL (ECF #28), AND (3) DENYING DEFENDANT'S MOTION TO INSPECT MINISTERIAL GRAND JURY RECORDS FOR <u>EVIDENTIARY HEARING (ECF #30)</u>**

On August 27, 2025, the Court held a hearing on several motions filed by Defendant Stanley Kyle Butts. For the reasons explained on the record, the Court resolves the motions as follows:

- Defendant's Motion for Release on Recognizance is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks to eliminate as conditions of Defendant's release that he submit to drug testing and drug treatment. Those conditions are hereby **REMOVED** from his bond conditions. The motion is **DENIED** in all other respects.

- Defendant's Motion for Dismissal is **DENIED**.

- Defendant's Motion to Inspect Ministerial Grand Jury Records for Evidentiary Hearing is **DENIED**.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: August 27, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 27, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126